AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

FILED
2008 MAR 20 PM 4:18
SOUTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JIM WANG, individually and on behalf of all others similarly situated,

V.

PRUDENTIAL FINANCIAL, INC.;
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA; and
DOES 1 through 10, inclusive,

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

'08 CV 0526 LAB NLS

VIA FAX

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan R. Plutzik, Of Counsel
Schiffrin, Barroway, Topaz & Kessler, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAR 20 2008

W. Samuel Hamrick, Jr.
K. HAMMERLY

CLERK                                DATE

(By) DEPUTY CLERK