SEYFARTH SHAW LLP
GEORGE E. PREONAS (SBN 58921)
2029 Century Park East, Suite 3300
Los Angeles, CA 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
gpreonas@seyfarth.com

DAVID BENNET ROSS
LORIE E. ALMON
620 Eighth Avenue, 32nd floor
New York, NY 10018
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
dross@seyfarth.com
lalmon@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM WANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRUDENTIAL FINANCIAL, INC.; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-10, inclusive,<br><br>Defendants. | Civil Action No. 08-cv-0526 (LAB)(NLS)<br><br>**PARTIES' JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY** |

Plaintiff Jim Wang ("Wang") and Defendants Prudential Financial, Inc. and The Prudential Insurance Company of America (collectively "Prudential"), by their respective attorneys, hereby enter the following stipulation/joint motion requesting: (1) a 30-day extension of time for Prudential to answer and/or otherwise respond to the Complaint; and (2) transfer of this action to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. § 1404(a), where an earlier filed action alleging similar claims under the Fair Labor Standards Act ("FLSA") is currently pending.

On March 20, 2008, Wang filed a wage and hour lawsuit in the Southern District of California alleging that Prudential failed to pay him and others overtime in violation of both the

1

1  FLSA and California law. He seeks to represent both a nation-wide and a California class of
2  "Financial Sales Associates" ("FSAs")[1] who sell and/or market insurance, annuities and other
3  financial products. Wang further alleges that Prudential failed to provide meal breaks and
4  reimburse FSAs for business expenses in violation of California state law. Compl. ¶ 9.
5  Prudential represents that at all times relevant to this lawsuit, Wang worked and resided outside
6  the Southern District of California. Prudential is a New Jersey corporation with its headquarters
7  and principal place of business in Newark, New Jersey.
8       A similar lawsuit, filed against the same defendants, has been pending in the District of
9  New Jersey since September 15, 2006 -- *Bouder et al. v. Prudential Financial Inc., The*
10 *Prudential Insurance Company of America et al.*, Case No. 2:06-cv-4359. On behalf of a nation-
11 wide class, which includes the same putative plaintiffs as alleged in *Wang*, Bouder alleges that
12 Prudential violated the FLSA. Bouder also alleges a Pennsylvania class alleging that Prudential
13 violated Pennsylvania state law by not paying overtime and by unlawfully requiring them to pay
14 for certain expenses incurred in selling insurance for Prudential. On March 27, 2008, the Court
15 in *Bouder* conditionally certified a nation-wide class of insurance agents under the FLSA and on
16 May 5, 2008, approved a notice to be mailed to putative class members in that collective action
17 including all the FSAs encompassed in *Wang*. Notice was mailed to class members on May 27,
18 2008.
19      The parties now jointly stipulate to the following: (1) the FLSA permits claims to be
20 brought in any federal court, so the *Wang* case could have been brought in the District of New
21 Jersey; (2) transferring this case to the District of New Jersey would be more convenient for the
22 parties and the witnesses than would proceeding in this Court because most of the material
23 witnesses for Defendants reside or work in New Jersey where Prudential has its headquarters and
24 at all times relevant to this lawsuit Wang worked and resided outside the Southern District of
25 California; and (3) transferring this case to the District of New Jersey would be in the interests of
26 justice especially in view of the conditionally-certified action already pending in that district.
27
28 [1] The position held by Wang is referred to by Prudential as a "Financial *Services* Associate," rather than a "Financial *Sales* Associate" as set forth in the Complaint.

2

1  *See* 28 U.S.C. § 1404(a). The parties further stipulate that under 28 U.S.C. § 1404(a), the
2  District of New Jersey is the appropriate venue for this action, and that this action should be
3  transferred to that venue.

4      Both the *Wang* and *Bouder* cases involve the same named Defendants, arise out of a
5  common set of operative facts and both present the same federal question -- whether Prudential's
6  insurance agents, including FSAs, are exempt employees. Judicial economy, therefore, favors
7  transfer where the *Bouder* case was filed first; the defendants in both cases are the same; the
8  federal class alleged in *Wang* is encompassed in the federal class conditionally certified in
9  *Bouder*; and the issue of the exempt status of FSAs is common to both cases.

10     Furthermore, discovery sought for both will be nearly identical and transferring this
11 matter will minimize any discovery disputes. Transferring the *Wang* case will avoid the
12 substantial duplication of effort and resources that would necessarily result from simultaneously
13 defending against two class actions pending in different jurisdictions.

14     The parties further stipulate to a 30-day extension of time until September 11, 2008 for
15 Defendants to answer or otherwise plead in response to the Complaint to allow for entry of an
16 Order pursuant to this joint motion. Currently, Prudential must answer or otherwise plead by
17 August 12, 2008. No previous extension of time has been made in this matter.

18     Accordingly, the parties have submitted contemporaneously herewith an Agreed Order.

19 DATED: August 11, 2008    SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP

20

21     By: _____s/ Gerald D. Wells, III_____
                  Gerald D. Wells, III
22                   Email: gwells@sbtklaw.com

23     Attorneys for Plaintiff Jim Wang

24 DATED: August 11, 2008    SEYFARTH SHAW LLP

25     By: _____s/ George E. Preonas_____
                  George E. Preonas
26                   Email: gpreonas@seyfarth.com

27     Attorney for Defendants Prudential Financial, Inc. and
28     The Prudential Insurance Company of America

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA,
COUNTY OF LOS ANGELES

☒   I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 3300, Los Angeles, California 90067.

On August 11, 2008, I served the foregoing document described as:

**PARTIES' JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TRANSFER VENUE TO THE DISTRICT OF NEW JERSEY**

on the interested parties in this action as follows:

*See Attached Mailing List*

☒   **BY NOTICE OF ELECTRONIC FILING (Pursuant to Southern District Local Rule 5.4(c)) (AS INDICATED ON ATTACHED MAILING LIST):** A true and correct copy of the above-described document was electronically filed with the Court in accordance with *Southern District Local Rule* 5.4(a). Pursuant to *Southern District Local Rule* 5.4(c), the Notice of Electronic Filing that is automatically generated by the Court's Electronic Filing System "constitutes service of the filed document on Filing Users."

☒   **BY MAIL (AS INDICATED ON ATTACHED MAILING LIST):** By placing: ☐ the original / ☒ a true and correct copy of the above-described document(s) in a sealed envelope addressed to the party(ies) listed on the attached mailing list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

☐   **BY PERSONAL SERVICE:** by personally delivering ☐ the original / ☐ a true and correct copy of the above-described document(s) by hand to the offices of the addressee.

☐   **BY FEDERAL EXPRESS:** by placing ☐ the original / ☐ a true and correct copy of the above-described document(s) in a sealed envelope with postage thereon fully prepaid, via FEDERAL EXPRESS, overnight delivery, at Los Angeles, California, in the ordinary course of business, addressed to the party(ies) listed on the attached mailing list.

Executed on August 11, 2008, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Millie Baello*
Millie Baello

1

Case No. 08cv0526

*Certificate of Service Mailing List*

*Jim Wang v. Prudential Financial, Inc. et al.*
*United States District Court (Southern District of California) Case No. 08 CV 0526(LAB)(NLS)*

| | | |
|---|---|---|
| 1. | *(Via U.S. Mail and NEF [L.R. 5.4(c)])*<br><br>Alan R Plutzik, Esq.<br>Schiffrin Barroway Topaz and Kessler<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, California 94598<br><br>Telephone:    (925) 945-0770 | *Attorneys for Plaintiff* |
| 2. | *(Via U.S. Mail and NEF [L.R. 5.4(c)])*<br><br>Gerald D. Wells III<br>Robert J. Gray<br>Schiffrin Barroway Topaz and Kessler<br>280 King of Prussia Road<br>Radnor, Pennsylvania 19087<br><br>Telephone:    (610) 667-7706 | *Attorneys for Plaintiff* |