UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM WANG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PRUDENTIAL FINANCIAL, INC.; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No. 08-cv-0526 (LAB)(NLS)<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD AND TRANSFERRING VENUE TO THE DISTRICT OF NEW JERSEY** |

　　　Currently before the Court is the parties' Joint Motion to Extend Time to Respond to Complaint and to Transfer Venue to the District of New Jersey (the "Joint Motion").

　　　For good cause shown, the parties' joint request to grant Defendants an extension of time to answer or otherwise respond to the Complaint is **GRANTED**.  Defendants shall answer or otherwise respond no later than **September 11, 2008**.

　　　The parties have jointly stipulated to the following:  (1) since the Fair Labor Standards Act ("FLSA") allows claims to be brought in any federal court, the *Wang* case could have been brought in the District of New Jersey; (2) transferring this case to the District of New Jersey would be more convenient for the parties and the witnesses than would proceeding in this Court because most of the material witnesses for Defendants reside or work in New Jersey where Prudential has its headquarters and at all times relevant to this lawsuit Wang worked and resided

1

1  outside the Southern District of California; and (3) transferring this case to the District of New
2  Jersey would be in the interests of justice especially in view of the already pending
3  conditionally-certified action (*Bouder et al. v. Prudential et al.*, Case No. 2:06-cv-4359) pending
4  in that district.  The parties further stipulated that under 28 U.S.C. § 1404(a), the District of New
5  Jersey is the appropriate venue for this action, and that this action should be transferred to that
6  venue.
7       Based on these stipulations, this Court finds that the convenience of the witnesses and the
8  parties and the interests of justice all favor a transfer of this action to the United States District
9  Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a).  Accordingly, the Court
10 **ORDERS** that this case be transferred to the United States District Court for the District of New
11 Jersey.

**IT IS SO ORDERED.**

DATED: __8-17__, 2008        By: _/s/ Larry A. Burns_
                                                    United States District Judge
                                                    Hon. Larry A. Burns