# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

August 18, 2008

Office of the Clerk
United States District Court, District of New Jersey
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: Wang v. Prudential Financial, Inc. et al, Case No. 08cv526 LAB (NLS)

Dear Sir or Madam:

Pursuant to the Order transferring the above-entitled action to your District, we are electronically transmitting herewith our entire file.

                                            Sincerely yours,

                                            W. Samuel Hamrick, Jr.
                                            Clerk of Court

                                            By: s/P. Dela Cruz, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: