**njdefiling@njd.uscourts.g ov**

08/19/2008 06:39 AM

To  InterdistrictTransfer_CASD@casd.uscourts.gov

cc

bcc

Subject  Transferred case has been opened

CASE: 3:08-cv-00526

DETAILS: Case transferred from California Southern
has been opened in District of New Jersey [LIVE]
as case 2:08-cv-04133, filed 08/19/2008.